UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE LAMBERT, aka JOHNNIE HAROLD LAMBERT,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN FELKER,<br><br>        Respondent. | Case No. CV 08-3476-PA(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Second Amended Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying the Second Amended Petition and dismissing the action.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Report and Recommendation and Judgment
3 by the United States mail on petitioner.

5 DATED:    October 19, 2009

                                    _____
7                                        PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE

9 R&Rs\08-3476.ado2
  7/29/09

2