1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9

10

11   JOHNNIE LAMBERT, aka JOHNNIE   ) Case No. CV 08-3476-PA(RC)
     HAROLD LAMBERT,                )
12                                  )
                      Petitioner,   )
13                                  ) JUDGMENT
     vs.                            )
14                                  )
     WARDEN FELKER,                 )
15                                  )
                      Respondent.   )
16   _____)

17

18       IT IS ADJUDGED that the Second Amended Petition for writ of

19   habeas corpus is denied and the action is dismissed.

20

21   DATE: <u>October 19, 2009</u>

22                                   _____
                                            PERCY ANDERSON
23                                   UNITED STATES DISTRICT JUDGE

24   R&Rs\08-3476.jud2
     7/29/09
25

26

27

28